IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FAZAIL AZIZAN,<br><br>    Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>    Defendant. | Civil Action File<br>No. 1:24-CV-03820-MLB |

**ORDER GRANTING RENEWED JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Upon application of the Parties and the Court's review of the Parties' amended Settlement Agreement, the Court concludes that the terms of the Parties' amended Settlement Agreement are reasonable and satisfactory. Therefore, the Court hereby Orders that the Parties' amended Settlement Agreement, attached as Exhibit B to the Parties' Renewed Joint Motion For Approval of Settlement Agreement and Dismissal With Prejudice is approved. The Court further Orders that all claims brought or that could have been brought in this case shall be automatically dismissed with prejudice.

**SO ORDERED** this 17th day of January, 2025.



_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE